ABRAHAM B. BLOCK et al., Appellants, *v.* STANDARD INSURANCE COMPANY OF NEW YORK, Respondent.

Submitted April 3, 1944; decided April 6, 1944.

*Martin M. Kolbrener* for motion.

No one opposed.

Motion granted. (See 292 N. Y. 270.)